UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.  25-cv-02317-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 23 |

　　　　The Parties report that this case has settled and request the Court vacate all case deadlines. Dkt. 23.  All previously scheduled deadlines and appearances are hereby **VACATED**.

　　　　The Parties estimate that funds will be disbursed and that a dismissal with prejudice will be filed within 90 days and request the Court set a status conference "or its functional equivalent." *Id.*  If a dismissal is not filed by **January 6, 2025**, the Parties shall file a statement in response to this Order to show cause no later than January 6 advising as to (1) the status of the Parties efforts to finalize settlement and (2) how much additional time is requested to finalize the settlement and file the dismissal.  The Parties shall then appear **on January 13, 2025 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed, unless otherwise ordered by this Court.

　　　　**SO ORDERED.**

Dated: October 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge